United States District Court
Southern District of Texas
**ENTERED**
November 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NIKOLAOS MATSI MACI, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-203 |
| § | |
| PAUL HABLE, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

On October 25, 2019, Plaintiff filed his Jointly Filed Complaint Pursuant to 42 USC § [sic] 1983 (Civil Rights) and Petition for False Imprisonment [sic] Release Pursuant to 28 USC § [sic] 2241 (Habeas Corpus) (Doc. 1). That lawsuit received Civil Action Number 1:19-CV-201.

On November 5, 2019, Plaintiff filed an identical complaint, which received Civil Action Number 1:19-CV-203. (Jointly Filed Complaint Pursuant to 42 USC § [sic] 1983 (Civil Rights) and Petition for False Imprisoned Release Pursuant to 28 USC § [sic] 2241 (Habeas Corpus), Doc. 1)

District courts can dismiss duplicative cases without prejudice. *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993). Accordingly, it is:

**ORDERED** that 1:19-CV-203 is **DISMISSED** without prejudice.

SIGNED this 15th day of November, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge